SCWC-15-0000545

**Electronically Filed
Supreme Court
SCWC-15-0000545
26-JUL-2019
02:47 PM**

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

ROBERT H. JOSLIN dba HAWAII PUBLIC ADJUSTERS,
Petitioner/Plaintiff-Appellee/Cross-Appellant,

vs.

OTA CAMP-MAKIBAKA ASSOCIATION, INC., a Hawai'i nonprofit
corporation, Respondent/Defendant-Appellant/Cross-Appellee,
and
TAIRA PROCTOR and MELINDA DOMAGSAC,
Respondents/Defendants-Appellees/Cross-Appellees,
and
ALTERRA EXCESS & SURPLUS INSURANCE COMPANY,
Respondent/Interpleader-Appellee/Cross-Appellee.

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-15-0000545; CIVIL NO. 14-1-2086-10 (KKS))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Plaintiff-Appellee/Cross-Appellant Robert
H. Joslin dba Hawaii Public Adjusters' application for writ of
certiorari filed on June 19, 2019, is hereby rejected.

DATED:  Honolulu, Hawai'i, July 26, 2019.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

